IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| vs. | CRIMINAL ACTION NO.3:97CR55L |
| Kelvin Grissom | DEFENDANT |
| Mississippi State Hospital | GARNISHEE |

## ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the Defendant is currently on military duty in Iraq;

IT IS, THEREFORE, ORDERED that the writ of garnishment issued in this action on February 15, 2005, be and it is hereby quashed, and the garnishee, Mississippi State Hospital, is hereby dismissed.

IT IS SO ORDERED this 23rd day of February, 2006.

                                                      James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE